**ORDERED.**

Dated: September 22, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STEPHEN L. PHELPS,                                        Case No.: 6:23-bk-05281-TPG

    Debtor.                                                                 Chapter 7
_____/

BRETT PACE,

    Plaintiff,

v.                                                                             Adv. No.: 6:24-ap-00023-TPG

STEPHEN L. PHELPS, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO DISMISS

    This adversary proceeding came on for hearing on September 4, 2024, at 2:00 p. m. upon

the Motion to Dismiss (Doc. 7) (the "Motion"), which seeks dismissal of Count II of the Complaint

pursuant to F. R. B. P. 7012 and Fed. R. Civ. P. 12(b)(6), and the Plaintiff's Memorandum in Opposition to the Motion (Doc. 8). For the reasons stated orally and recorded in open Court, it is

**ORDERED:**

1. The Motion is GRANTED as to Count II.

2. Plaintiff shall have fourteen (14) days from the entry of this Order to amend the Complaint, if Plaintiff so chooses.

3. The Court reserves jurisdiction over this adversary proceeding to enter detailed findings of fact and conclusions of law.

***

Attorney, Kenneth D. (Chip) Herron, Jr., is directed to serve a copy of this order to interested parties and file a proof of service within 3 days of the entry of the Order.