# Wholesale Order

STOCK # _____

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE BELOW; THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers — no warranty on mechanical or physical condition of car.

SELLER (Transferor) **Brett Anthony Pace**
ADDRESS **1352 Fox Pointe Dr**
CITY **West Jordan** STATE **UT**
ZIP **84088** PHONE **(801) 541 6800**

BUYER (Transferee) **FSD Hot Rod Ranch LLC**
ADDRESS **1220 Huffstetler Drive, Suite 204**
CITY **Eustis** STATE **FL**
ZIP **32726** PHONE **(423) 463-1290**

**SOLD AS IS WITH ALL FAULTS**

CHECK ☐   CASH ☐   WIRE ☐   DRAFT ☐
TITLE ☐   REGISTRATION ☐   GIVEN TO BUYER AT TIME OF SALE
CURRENT YEAR

SALE PRICE $ **28,000.00** DOLLARS

The Purchaser agrees to purchase this vehicle for the purchase price shown provided the vehicle is found to be as recommended; that before settling for this vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check to SELLER AS SHOWN, shall be honored; and any stop payment order of a check or giving a check which is returned marked "insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

### ODOMETER DISCLOSURE STATEMENT

Federal Law (and State Law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **Brett Anthony Pace** (Transferor's name, Print)

now reads **EXEMPT** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked _____ state that the odometer

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING: ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| GM | 1/2 Ton | PK |
| VEHICLE IDENTIFICATION NUMBER | | YEAR |
| TKE142Z514014 | | 1972 |

(TRANSFEROR'S ADDRESS) **1352 Fox Pointe Dr.**
**West Jordan** **UT** **84088**
CITY  STATE  ZIP
Transferor's Signature (seller):
X _____
Date of Statement **09/07/2022**

TRANSFEROR'S NAME (PRINT)

(TRANSFEREE'S NAME (PRINT)) **FSD Hot Rod Ranch LLC**
(TRANSFEREE'S ADDRESS) **1220 Huffstetler Drive Ste 204 Eustis FL 32726**
CITY  STATE  ZIP
Receipt of Copy Acknowledged
X _____
(Transferee's Signature (buyer))

TO REORDER CALL AUTOMOTIVE BUSINESS FORMS (407) 339-5917

SELLER ASSUMES NO RESPONSIBILITY, NOR GUARANTEES THE ACCURACY OF THE ODOMETER READING.
ALL VEHICLES SOLD ONLY TO DEALERS WITHOUT WARRANTY - SELLER AS SHOWN ACCEPTS NO RESPONSIBILITY FOR THEFT, LIABILITY OR PROPERTY DAMAGE.



### FSD Delayed Payment Agreement
09 / 07 / 2022

Buyer and Seller agree that the attached wholesale order is a binding agreement. However, Seller understands and agrees that he or she will retain the vehicle title until full payment is received. Said full payment will not be due and payable until the sale of the vehicle is complete or in 90 days (whichever comes sooner). It is further understood that the title will be signed and sent to Buyer ASAP after full payment is made. Seller must consult with Buyer before signing title to confirm required signature details.

Seller also agrees to maintain and provide documentation of insurance on the vehicle until it is sold, and seller receives payment in full.

Buyer agrees to purchase __1972 GM ½ Ton__
Vin #: __TKE142Z514014__ for the agreed price of $ __28,000.00__.
The 90 days (stated above) will start after the vehicle arrives at the FSD Hot Rod Ranch.

_____     _____
Buyer FSD Hot Rod Ranch         Seller

**Addendum (Required for Negotiated Price):**
Should the 90 Days expire I Agree to an Extension not to exceed 3 additional months. The following Bonus payment will apply.

For Prices $25,000 and below $ 15 Bonus per day
$25,001 - $50,000  $ 30 Bonus per day
$51,001 - $75,000  $ 45 Bonus per day
$75,001 - $100,000 $ 60 Bonus per day

_____     _____
Buyer FSD Hot Rod Ranch         Seller

### FSD Delayed Payment Agreement

09 / 07 / 2022

Buyer and Seller agree that the attached wholesale order is a binding agreement. However, Seller understands and agrees that he or she will retain the vehicle title until full payment is received. Said full payment will not be due and payable until the sale of the vehicle is complete or in 90 days (whichever comes sooner). It is further understood that the title will be signed and sent to Buyer ASAP after full payment is made. Seller must consult with Buyer before signing title to confirm required signature details.

Seller also agrees to maintain and provide documentation of insurance on the vehicle until it is sold, and seller receives payment in full.

Buyer agrees to purchase 1958 Chevrolet Apache 3100
Vin #: 3A59A104099 for the agreed price of $ 50,000.00.
The 90 days (stated above) will start after the vehicle arrives at the FSD Hot Rod Ranch.

_____        _____
Buyer FSD Hot Rod Ranch              Seller

**Addendum (Required for Negotiated Price):**
Should the 90 Days expire I Agree to an Extension not to exceed 3 additional months. The following Bonus payment will apply.

For Prices $25,000 and below $ 15 Bonus per day
$25,001 - $50,000   $ 30 Bonus per day
$51,001 - $75,000   $ 45 Bonus per day
$76,001 - $100,000  $ 60 Bonus per day

_____        _____
Buyer FSD Hot Rod Ranch              Seller

# Hot Rod Ranch

## FSD Delayed Payment Agreement

09 / 07 / 2022

Buyer and Seller agree that the attached wholesale order is a binding agreement. However, Seller understands and agrees that he or she will retain the vehicle title until full payment is received. Said full payment will not be due and payable until the sale of the vehicle is complete or in 90 days (whichever comes sooner). It is further understood that the title will be signed and sent to Buyer ASAP after full payment is made. Seller must consult with Buyer before signing title to confirm required signature details.

Seller also agrees to maintain and provide documentation of insurance on the vehicle until it is sold, and seller receives payment in full.

Buyer agrees to purchase 1958 Chevrolet Apache 3100
Vin #: 3A59A104099  for the agreed price of $ 60,000.00.
The 90 days (stated above) will start after the vehicle arrives at the FSD Hot Rod Ranch.

_____        _____
Buyer FSD Hot Rod Ranch                            Seller

**Addendum (Required for Negotiated Price):**
Should the 90 Days expire I Agree to an Extension not to exceed 3 additional months. The following Bonus payment will apply.

For Prices $25,000 and below  $ 15 Bonus per day
$25,001 - $50,000    $ 30 Bonus per day
$51,001 - $75,000    $ 45 Bonus per day
$76,001 - $100,000   $ 60 Bonus per day

_____        _____
Buyer FSD Hot Rod Ranch                            Seller

# Wholesale Order
## REGISTRATION AND TITLE WARRANTY

STOCK # _____

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE BELOW; THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers — no warranty on mechanical or physical condition of car.

SELLER (Transferor) **Brett Anthony Pace**
ADDRESS **1352 Fox Pointe Dr**
CITY **West Jordan** STATE **UT**
ZIP **84088** PHONE **(801) 541 6800**

BUYER (Transferee) **FSD Hot Rod Ranch LLC**
ADDRESS **1220 Huffstetler Drive, Suite 204**
CITY **Eustis** STATE **FL**
ZIP **32726** PHONE **(423) 463-1290**

**SOLD AS IS WITH ALL FAULTS**

CHECK ☐  CASH ☐  WIRE ☐  DRAFT ☐
TITLE ☐  REGISTRATION ☐  GIVEN TO BUYER
CURRENT YEAR  AT TIME OF SALE

SALE PRICE $ **28,000.00** DOLLARS

The Purchaser agrees to purchase this vehicle for the purchase price shown provided the vehicle is found to be as recommended; that before settling for this vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment order of a check or giving a check which is returned marked "insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal Law (and State Law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to Complete or providing a false statement may result in fines and/or imprisonment.

I, **Brett Anthony Pace** (Transferor's name, Print)

now reads **EXEMPT** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. **WARNING: ODOMETER DISCREPANCY.**

| MAKE **GM** | MODEL **½ Ton** | BODY TYPE **PK** |
|---|---|---|
| VEHICLE IDENTIFICATION NUMBER **TKE142Z514014** | | YEAR **1972** |

(TRANSFEROR'S ADDRESS) **1352 Fox Pointe Dr.**
**West Jordan** CITY **UT** STATE **84088** ZIP
Transferor's Signature (seller): X _(signed)_
Date of Statement **09/07/2022**

(TRANSFEREE'S NAME PRINT) **FSD Hot Rod Ranch LLC**
(TRANSFEREE'S ADDRESS) **1220 Huffstetler Drive STE 204 Eustis FL 32726**
Receipt of Copy Acknowledged
X _(signed)_ (Transferee's Signature buyer)

TRANSFEROR'S NAME (PRINT)

TO REORDER CALL AUTOMOTIVE BUSINESS FORMS (407) 260-0017

SELLER ASSUMES NO RESPONSIBILITY, NOR GUARANTEES THE ACCURACY OF THE ODOMETER READING. ALL VEHICLES SOLD ONLY TO DEALERS WITHOUT WARRANTY - SELLER AS SHOWN  ACCEPTS NO RESPONSIBILITY FOR THEFT, LIABILITY OR PROPERTY DAMAGE.



**FSD Delayed Payment Agreement**

09 / 07 / 2022

Buyer and Seller agree that the attached wholesale order is a binding agreement. However, Seller understands and agrees that he or she will retain the vehicle title until full payment is received. Said full payment will not be due and payable until the sale of the vehicle is complete or in 90 days (whichever comes sooner). It is further understood that the title will be signed and sent to Buyer ASAP after full payment is made. Seller must consult with Buyer before signing title to confirm required signature details.

Seller also agrees to maintain and provide documentation of insurance on the vehicle until it is sold, and seller receives payment in full.

Buyer agrees to purchase 1972 GM ½ Ton
Vin #: TKE142Z514014 for the agreed price of $ 28,000.00.
The 90 days (stated above) will start after the vehicle arrives at the FSD Hot Rod Ranch.

_____  _____
Buyer FSD Hot Rod Ranch    Seller

**Addendum (Required for Negotiated Price):**
Should the 90 Days expire I Agree to an Extension not to exceed 3 additional months. The following Bonus payment will apply.

For Prices $25,000 and below  $ 15 Bonus per day
$25,001 - $50,000   $ 30 Bonus per day
$51,001 - $75,000   $ 45 Bonus per day
$75,001 - $100,000  $ 60 Bonus per day

_____  _____
Buyer FSD Hot Rod Ranch    Seller

# Wholesale Order

STOCK # _____

## REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE BELOW; THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers — no warranty on mechanical or physical condition of car.

SELLER (Transferor) **Brett Anthony Pace**
ADDRESS **1352 W. Fox Pointe Dr.**
CITY **West Jordan** STATE **UT**
ZIP **84088** PHONE **(801) 541-6800**

BUYER (Transferee) **FSD Hot Rod Ranch LLC.**
ADDRESS **1220 Huffstetler Drive, Suite 204**
CITY **Eustis** STATE **FL**
ZIP **32726** PHONE **(423) 463-1290**

**SOLD AS IS WITH ALL FAULTS**

CHECK ☐  CASH ☐  WIRE ☐  DRAFT ☐
TITLE ☐  REGISTRATION ☐  GIVEN TO BUYER
CURRENT YEAR    AT TIME OF SALE

SALE PRICE $ **50,000.00** DOLLARS

The Purchaser agrees to purchase this vehicle for the purchase price shown provided the vehicle is found to be as represented; that before settling for this vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check to SELLER AS SHOWN, shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal Law (and State Law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, **Brett Anthony Pace** (Transferor's name, Print) state that the odometer now reads **EXEMPT** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING: ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| Chevrolet | 3100 Apache | Pickup |
| **VEHICLE IDENTIFICATION NUMBER** 3A59A104099 | | **YEAR** 1958 |

TRANSFEROR'S ADDRESS **1352 W Fox Pointe Dr.**
CITY **West Jordan** STATE **UT** ZIP **84088**
Transferor's Signature (seller): X _____
Date of Statement **09.07.2022**

TRANSFEREE'S NAME (PRINT) **FSD Hot Rod Ranch LLC**
TRANSFEREE'S ADDRESS **1220 Huffstetler Drive STE 204** CITY **Eustis** STATE **FL** ZIP **32726**
Receipt of Copy Acknowledged
X _____ (Transferee's Signature (buyer))

TO REORDER CALL AUTOMOTIVE BUSINESS FORMS (407) 228-3017

SELLER ASSUMES NO RESPONSIBILITY, NOR GUARANTEES THE ACCURACY OF THE ODOMETER READING. ALL VEHICLES SOLD ONLY TO DEALERS WITHOUT WARRANTY - SELLER AS SHOWN ACCEPTS NO RESPONSIBILITY FOR THEFT, LIABILITY OR PROPERTY DAMAGE.