[Dntccnra] [District Notice Cancelling or Rescheduling Hearing / Conference / Trial (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    Case No. 6:23−bk−05281−TPG
Chapter 7

Stephen L Phelps

_____Debtor*_____/

Brett Pace

Plaintiff*

vs.                                              Adv. Pro. No. 6:24−ap−00023−TPG

Stephen L Phelps

_____Defendant*_____/

NOTICE OF RESCHEDULED CONFERENCE

NOTICE IS GIVEN THAT the conference regarding Amended Complaint , (Document No.16 ) filed by Brett Pace, originally scheduled for February 19, 2025 at 10:30 AM, has been rescheduled.

The hearing has been rescheduled and will be held on April 2, 2025 at 11:30 AM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom, available at https://www.flmb.uscourts.gov/judges/Geyer/ or call 407−237−8111.

Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

                                                                       FOR THE COURT

Dated: February 19, 2025          Jose A Rodriguez , Clerk of Court
                                                                       George C. Young Federal Courthouse
                                                                       400 West Washington Street
                                                                       Suite 5100

Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.