

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/02/2025 11:30 AM

COURTROOM   6A, 6th Floor

**HONORABLE TIFFANY GEYER**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:23-bk-05281-TPG** | **Chapter 7** | **03/15/2024** |
| **ADVERSARY:**   6:24-ap-00023-TPG | | **Pltf Atty:**   N James  Turner |
| | | **Dft Atty:** Kenneth D Herron |
| **DEBTOR:**         Stephen L Phelps | | |

**HEARING:**

Pace v. Phelps et al

Status Conference:
Amended Complaint (Doc #16) 10/3/24
Defendants' Answer (Doc #17) 10/22/24
Notes: 6/18, 9/4, 11/13, 1/8
**Set Trial Date
Nature of Suit:
62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud;
02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy).

**APPEARANCES:**:

Kenneth D Herron (Defendant),
N. James Turner (Plaintiff),

**RULING:**

 1)   Status Conference:

Amended Complaint (Doc #16)

Defendants' Answer (Doc #17)

 2) Plaintiff's Ore Tenus Motion for Entry of Final Judgment: Granted as discussed; Order by Herron

(NH)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.